# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**MARK A. LEWIS,**

**Defendant.**

**ORDER FOR DISMISSAL**

**Crim. No. 06-CR-381(GLS)**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave

of Court endorsed hereon, the United States Attorney for the Northern District of New

York, hereby dismiss, without prejudice, Indictment 06-CR-381 (GLS), a one-Count

Indictment, against the Defendant, **MARK A. LEWIS**.

The reason(s) for this dismissal are (check one or more):

_____ Case transferred to another District
_____ Speedy Trial Act
_____ Defendant's cooperation
_____ Insufficient evidence at this time
__X__ Other: Defendant's conduct as reflected in 06-CR-381 (GLS) was
       superseded and included in Indictment No. 06-CR-394 (GLS).

With respect to this dismissal, Defendant (check one):

_____ Consents
_____ Objects
__X__ Has not been consulted

This dismissal is without prejudice.

Respectfully submitted,

GLENN T. SUDDABY
United States Attorney
Northern District of New York

By: _____

Carlos A. Moreno
Assistant United States Attorney
Bar Roll No. 105079

\*    \*    \*    \*    \*    \*    \*    \*

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.


Dated:        March _6_, 2007
              Albany, New York

_____
HON. GARY L. SHARPE
**United States District Court Judge**